```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 07798
   CLARENCE T GIBSON
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-1374

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/03/2006 and was confirmed 08/23/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/25/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED VEHIC    7124.41         321.53       1485.80
AMERICAN GENERAL FINANCE  UNSECURED       NOT FILED           .00           .00
CHILD SUPPORT ENFORCEMEN  PRIORITY        NOT FILED           .00           .00
KAREN JACKSON             NOTICE ONLY     NOT FILED           .00           .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED           .00           .00
CITY OF CHICAGO PARKING   UNSECURED        4580.00            .00           .00
PREMIER BANCARD CHARTER   UNSECURED         288.89            .00           .00
HOLLYWOOD ENTERAINMENT    UNSECURED       NOT FILED           .00           .00
KAREN JACKSON             NOTICE ONLY     NOT FILED           .00           .00
GREAT SENECA              UNSECURED         668.57            .00           .00
ILLINOIS DEPT OF PUBLIC   UNSECURED        2095.14            .00           .00
VERIZON WIRELESS          UNSECURED        1702.86            .00           .00
DAVID M SIEGEL            DEBTOR ATTY      3,000.00                       338.92
TOM VAUGHN                TRUSTEE                                         111.24
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 2,257.49

PRIORITY                                              .00
SECURED                                         1,485.80
    INTEREST                                      321.53
UNSECURED                                             .00
ADMINISTRATIVE                                    338.92
TRUSTEE COMPENSATION                              111.24
DEBTOR REFUND                                         .00
                        --------------        --------------
TOTALS                   2,257.49               2,257.49

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 07798 CLARENCE T GIBSON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/22/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE